UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLI FREE I GARNER, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-259 |
| § | |
| KELLY METZ, *et al*, § § | |
| Defendants. § | |

# ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On May 8, 2015, United States Magistrate Judge Jason B. Libby issued his Memorandum and Recommendation ("M&R") (D.E. 43). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 43), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Defendant's motion for summary judgment (D.E. 36) is **GRANTED** and this action is **DISMISSED with prejudice**.

ORDERED this 24th day of June, 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE